IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

VAZIRI SAMSAM, also known as )
SAMSAM VAZIRI, )
)
      Petitioner, )
)
v. )   CV 04-JEO-1272-M
)
JOHN ASHCROFT, Attorney General, )
et al., )
)
      Respondents. )

**ENTERED**

**JUL 27 2004**

## MEMORANDUM OPINION

     The petitioner, Vaziri Samsam, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He alleges that he is being illegally detained by the respondents. The respondents have filed a motion to dismiss this action because the petitioner has been released on supervised release as requested until his repatriation to Iran.

     The petitioner has not responded to the respondents' motion to dismiss.

     Premised on the foregoing, Samsam's petition for a writ of habeas corpus is due to be dismissed as being moot. An appropriate order will be entered.

     **DONE**, this 26th day of July, 2004.

                                                  UNITED STATES DISTRICT JUDGE